McCOTTER v. STOUT et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by William S. Mc-

Cotter against Ralph Stout, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.